UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-CV-60018-RAR

**HOWARD COHAN**,

    Plaintiff,

v.

**CUBA LIBRE FLL, LLC**, *a Foreign Limited Liability Company d/b/a Cuba Libre Restaurant & Rum Bar*,

    Defendant.

_____/

### ORDER OF DISMISSAL

**THIS CAUSE** comes before the Court upon the Plaintiff's Notice of Voluntary Dismissal Without Prejudice, [ECF No. 9], filed on February 2, 2023. The Court having reviewed the Notice, the record, and being otherwise fully advised, it is hereby

**ORDERED AND ADJUDGED** that this case is **DISMISSED** *without prejudice*. The Clerk is instructed to mark this case **CLOSED**, and any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Miami, Florida, this 2nd day of February, 2023.

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**